No. 481. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, FRIGIDAIRE LOCAL 801, *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Benjamin C. Sigal* and *David S. Davidson* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 476, Misc. GAINES *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 659, Misc. ALLISON *v.* WIMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 410. JACKSON BREWING CO. *v.* CLARKE, *ante,* p. 891;

No. 475, Misc. JACKSON BREWING CO. *v.* CONNALLY, U. S. DISTRICT JUDGE, *ante,* p. 885;

No. 478, Misc. LEVINE *v.* RADIO CORPORATION OF AMERICA ET AL., *ante,* p. 897; and

No. 563, Misc. GLUCKSTERN *v.* NEW YORK, *ante,* p. 899. Petitions for rehearing denied.

No. 77, MISC. STEVENSON *v.* UNITED STATES, *ante,* p. 835. Petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.